IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAKOTA IMAGING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | Civil Action No. _____ |
| ) | |
| SANDEEP GOEL and ) | |
| PRADEEP GOEL, ) | |
| ) | |
| Defendants. | |

**NOTICE OF REMOVAL**

Defendants Sandeep Goel and Pradeep Goel (collectively "Defendants"), by and through undersigned counsel, hereby give notice that this matter has been removed, pursuant to 28 U.S.C. § 1446, to the United States District Court for the District of Delaware. The grounds for the removal are as follows:

1. Plaintiff Dakota Imaging, Inc. ("Plaintiff") commenced this action, entitled *Dakota Imaging, Inc. v. Sandeep Goel, et al., Case No. 1232-N* in the Court of Chancery of the State of Delaware, New Castle County. The Complaint was filed on or about April 8, 2005. Defendants were served on April 18, 2005.

2. In its Complaint, Plaintiff alleges that it is entitled to damages and injunctive relief against Defendants based on their alleged breaches of their Employment Agreements, a Merger Agreement, breach of fiduciary duty and other allegedly wrongful conduct.

3. On May 9, 2005, Defendants answered the Complaint and filed a Counterclaim against Plaintiff, alleging breach of contract, anticipatory breach of contract and breach of implied covenant of good faith and fair dealing.

2

4. Plaintiff is a Maryland corporation with a principal place of business in Columbia, Maryland. Plaintiff is a wholly owned subsidiary of Envoy Corporation, which in turn, is a wholly owned subsidiary of WebMD Corporation, a Delaware Corporation.

5. Defendants Sandeep Goel and Pradeep Goel are both residents of Florida, with principal residences in Boca Raton, Florida.

6. The amount in controversy in this litigation exceeds the sum of $75,000, exclusive of interest and costs.

7. The Court has original jurisdiction to adjudicate the above-referenced dispute on the basis of diversity pursuant to 28 U.S.C. § 1332. This case is, therefore, removable to this Count under 28 U.S.C. §1441(b).

8. This Notice of Removal is being filed within 30 days of the Defendants' receipt of the Complaint and is hereby timely filed under 28 U.S.C. § 1446(b).

9. Copies of the Summons and Complaint served upon Defendants, and Answer and Counterclaim are attached hereto.

10. Defendants have filed a copy of the Notice of Removal with the Court of

Chancery of the State of Delaware, New Castle County. A copy of that Notice is attached hereto.

        Respectfully submitted,

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        _____
        Michael P. Stafford, Esquire (No. 4461)
        The Brandywine Building
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, Delaware 19879-0391
        Telephone: (302) 571-6553
        Facsimile: (302) 576-3461
        Email: mstafford@ycst.com

        Attorneys for Defendants

OF COUNSEL:
Ward B. Coe III, Esquire
Kevin C. McCormick, Esquire
WHITEFORD, TAYLOR & PRESTON
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland 21202
410-347-8779

Dated: May 16, 2005