# Exhibit A

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| DAKOTA IMAGING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | Civil Action No. 1232-N |
| | ) | |
| SANDEEP GOEL and | ) | |
| PRADEEP GOEL, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING NOTICE OF REMOVAL

TO: Register in Chancery
Court of Chancery
New Castle County Courthouse
500 North King Street, Suite 11400
Wilmington, DE 19801

PLEASE TAKE NOTICE that Defendants Sandeep Goel and Pradeep Goel have removed the above-styled action from the Court of Chancery of the State of Delaware, New Castle County, in which it was initially filed, to the United States District Court for the District of Delaware.

WP3:1112306.1                                                                                                          64142.1001

Attached hereto, and made a part hereof, is a copy of the Notice of Removal that has been filed in the United States District Court for the District of Delaware.

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone:   (302) 571-6553
Facsimile:    (302) 576-3461

Attorneys for Defendants

OF COUNSEL:
Ward B. Coe III, Esquire
Kevin C. McCormick, Esquire
WHITEFORD, TAYLOR & PRESTON
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland 21202
410-347-8779

Dated: May __16__, 2005.

2

## CERTIFICATE OF SERVICE

I, Michael P. Stafford, Esquire, hereby certify that the foregoing Defendants' Notice of Filing Notice of Removal, along with related attachments, and this certificate of service, was served on May __16__, 2005, by LEXIS NEXIS File and Serve on the following Plaintiff's counsel of record:

>Jesse A. Finkelstein, Esquire
>Michael R. Robinson, Esquire
>RICHARDS, LAYTON & FINGER, P.A.
>One Rodney Square
>920 North King Street
>Wilmington, Delaware  19801

_____
Michael P. Stafford, Esquire (No. 4461)