IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAKOTA IMAGING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 05-296 |
| | ) | |
| SANDEEP GOEL and | ) | |
| PRADEEP GOEL, | ) | |
| | ) | |
| Defendants. | | |

## DEFENDANTS' DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38, Defendants Sandeep Goel and Pradeep Goel hereby request a jury trial on all issues triable by a jury in this action in the original Complaint and Counterclaim.

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6553
Facsimile: (302) 576-3470
Email: mstafford@ycst.com

Attorneys for Defendants

OF COUNSEL:
Ward B. Coe III, Esquire
Kevin C. McCormick, Esquire
WHITEFORD, TAYLOR & PRESTON
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland 21202
Telephone: (410) 347-8779
Facsimile: (410) 752-7092
Email: wcoe@wtplaw.com
       kmccormick@wtplaw.com

Dated: May 23, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2005, I electronically filed a true and correct copy of the foregoing **Defendants' Demand for Jury Trial** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jesse A. Finkelstein, Esquire
> Michael R. Robinson, Esquire
> RICHARDS, LAYTON & FINGER, P.A.
> One Rodney Square
> 920 North King Street
> Wilmington, DE 19801

I further certify that on May 23, 2005, I caused a copy of the foregoing **Defendants' Demand for Jury Trial** to be served by hand-delivery on the following counsel of record:

> Jesse A. Finkelstein, Esquire
> Michael R. Robinson, Esquire
> RICHARDS, LAYTON & FINGER, P.A.
> One Rodney Square
> 920 North King Street
> Wilmington, DE 19801

I further certify that on May 23, 2005, I served the foregoing **Defendants' Demand for Jury Trial** on the following non-registered participants by first class United States Mail:

> Harry T. Daniels, Esquire
> Richard A. Johnson, Esquire
> Mark Delaney, Esquire
> Cytheria D. Jernigan, Esquire
> WILMER CUTLER PICKERING HALE AND DOOR
> 60 State Street
> Boston, MA 02109

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6553
Facsimile: (302) 576-3470
Email: mstafford@ycst.com

Attorneys for Defendants

Date: 5/23/05