IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAKOTA IMAGING, INC. | ) </br> ) </br> ) |
| Plaintiff, | ) C.A. No. 1:05-cv-296 (SLR) </br> ) |
| v. | ) JURY TRIAL DEMANDED </br> ) |
| SANDEEP GOEL and PRADEEP GOEL, | ) </br> ) |
| Defendants. | ) |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through their undersigned counsel and subject to the approval of the Court, that the deadline by which Plaintiff may move, answer or otherwise respond to Defendants' Counterclaims shall be extended through and including June 7, 2005.

OF COUNSEL:

Ward B. Coe III
Kevin C. McCormick
WHITEFORD, TAYLOR & PRESTON
Seven Saint Paul Street, Suite 1400
Baltimore, MD 21202
(540) 347-8779

Dated: May 26, 2005

*[signature]*

Michael P. Stafford (DSBA-4461)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19879-0391
Telephone: (302) 571-6553
Facsimile: (302) 576-3461
mstafford@ycst.com

*Attorneys for Defendants*

-2-

OF COUNSEL:

Harry T. Daniels
Richard A. Johnston
Mark Delaney
Cytheria D. Jernigan
WILMER CUTLER PICKERING
HALE AND DORR
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: May 26, 2005

*[signature]*
Jesse A. Finkelstein (DSBA 1090)
Michael R. Robinson (DSBA 4452)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
finkelstein@rlf.com
robinson@rlf.com

*Attorneys for Plaintiff*

SO ORDERED, this _____ day of _____, 2005

_____
United States District Court Judge