## RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

MICHAEL R. ROBINSON

DIRECT DIAL NUMBER
302-651-7767
ROBINSON@RLF.COM

May 26, 2005

<u>**VIA ELECTRONIC FILING**</u>

The Honorable Sue L. Robinson
United States District Judge
J. Caleb Boggs Federal Building
844 North King Street
Room 6124, Lockbox 31
Wilmington, Delaware 19801

Re:   <u>Dakota Imaging, Inc. v. Goel, C.A. No. 5-cv-296 (SLR)</u>

Dear Judge Robinson:

Included in this filing for Your Honor's review and consideration is a Stipulation and Order extending the deadline by which plaintiff may move, answer, or otherwise respond to the counterclaims contained in defendants' answer to the complaint in the referenced action.

On behalf of the parties, I respectfully request the Court's consent to this stipulation and its signature thereto.

If Your Honor should have any questions regarding this matter, I may be reached at Your Honor's convenience.

Respectfully,

*/s/ Michael R. Robinson*

Michael R. Robinson

MRR:mr
Enclosure

cc:   Clerk of the Court
      Michael P. Stafford, Esquire

RLF1-2880893-1