IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DAKOTA IMAGING, INC.                )
                                    )
            Plaintiff,              )
                                    )
        v.                          )   C.A. No.05-296 SLR
                                    )
SANDEEP GOEL and PRADEEP GOEL,      )   JURY TRIAL DEMANDED
                                    )
            Defendants.             )
                                    )

MOTION FOR ADMISSION OF WARD B. COE, III, ESQUIRE, AND
KEVIN C. MCCORMICK, ESQUIRE, TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached Certifications, the

undersigned counsel moves the admission *pro hac vice* of Ward B. Coe III, Esquire, and

Kevin C. McCormick, Esquire, to represent Defendants Sandeep Goel and Pradeep Goel

in this matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6553
Facsimile: (302) 576-3470
Email: mstafford@ycst.com

Attorneys for Defendants

Date: May 26 2005

WP3:1113784.1                                                    64142.1001

## CERTIFICATE OF SERVICE

I hereby certify that on May _26_, 2005, I electronically filed a true and correct

copy of the foregoing **Defendants Sandeep Goel and Pradeep Goel's Motion for**

**Admission of Ward B. Coe, III, Esquire, and Kevin C. McCormick, Esquire, to**

**Appear Pro Hac Vice** with the Clerk of the Court using CM/ECF, which will send

notification that such filing is available for viewing and downloading to the following

counsel of record:

> Jesse A. Finkelstein, Esquire
> Michael R. Robinson, Esquire
> RICHARDS, LAYTON & FINGER, P.A.
> One Rodney Square
> 920 North King Street
> Wilmington, DE 19801

I further certify that on May _26_, 2005,  I caused a copy of the foregoing

**Defendants Sandeep Goel and Pradeep Goel's Motion for Admission of Ward B.**

**Coe, III, Esquire, and Kevin C. McCormick, Esquire, to Appear Pro Hac Vice** to be

served by hand-delivery on the following counsel of record:

> Jesse A. Finkelstein, Esquire
> Michael R. Robinson, Esquire
> RICHARDS, LAYTON & FINGER, P.A.
> One Rodney Square
> 920 North King Street
> Wilmington, DE 19801

I further certify that on May _26_, 2005, I served the foregoing **Defendants**

**Sandeep Goel and Pradeep Goel's Motion for Admission of Ward B. Coe, III,**

**Esquire, and Kevin C. McCormick, Esquire, to Appear Pro Hac Vice** on the

following non-registered participants by first class United States Mail:

> Harry T. Daniels, Esquire
> Richard A. Johnson, Esquire
> Mark Delaney, Esquire
> Cytheria D. Jernigan, Esquire
> WILMER CUTLER PICKERING HALE AND DOOR
> 60 State Street
> Boston, MA 02109

> YOUNG CONAWAY STARGATT & TAYLOR, LLP

> Michael P. Stafford, Esquire (No. 4461)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware  19899-0391
> Telephone: (302) 571-6553
> Facsimile: (302) 576-3470
> Email:  mstafford@ycst.com

> Attorneys for Defendants

Date: May 26, 2005

WP3:1113784 1          64142 1001