IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAKOTA IMAGING, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.05-296 SLR |
| | ) |
| SANDEEP GOEL and PRADEEP GOEL, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that defense counsel's motion for admission *pro hac vice* of Ward B. Coe III, Esquire, and Kevin C. McCormick, Esquire, is GRANTED.

_____
United States District Judge

Date: _____

WP3:1113784 1       64142 1001