IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAKOTA IMAGING, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SANDEEP GOEL and PRADEEP GOEL, )<br>)<br>Defendants. )<br>) | C.A. No.05-296 SLR<br><br>JURY TRIAL DEMANDED |

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the bars of the State of Maryland, the Fourth Circuit Court of Appeals, and the United States Supreme Court, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

/s/ Ward B. Coe III
Ward B. Coe III, Esquire
WHITEFORD, TAYLOR & PRESTON
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland 21202
Telephone: (410) 347-8755
Facsimile: (410) 752-7092
Email: wcoe@wtplaw.com
Maryland Federal District Bar No. 00282

Date: May 26, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAKOTA IMAGING, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-296 SLR |
| | ) | |
| SANDEEP GOEL and PRADEEP GOEL, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |
| | ) | |

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the bars of the states of Maryland, Virginia, and New York, and of the Eastern District of Virginia and the District of Maryland, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Kevin C. McCormick, Esquire
WHITEFORD, TAYLOR & PRESTON
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland 21202
Telephone: (410) 347-8779
Facsimile: (410) 752-7092
Email: kmccormick@wtplaw.com
Maryland Federal District Bar No. 07674

Date: 5/26/05