UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAKOTA IMAGING, INC., </br></br>      Plaintiff </br></br>      v. </br></br>SANDEEP GOEL and </br>PRADEEP GOEL, </br></br>      Defendants/Counterclaim-Plaintiffs, </br></br>      v. </br></br>DAKOTA IMAGING, INC., </br>ENVOY CORPORATION, and </br>WEB MD CORPORATION, </br></br>      Counterclaim-Defendants. | ) </br>) </br>) </br>) Civil Action No. 1:05-CV-296 (SLR) </br>) </br>) </br>) JURY TRIAL DEMANDED </br>) |

## [PROPOSED] ORDER

The Court, having considered Counterclaim-Defendants Envoy Corporation's and WebMD Corporation's Motion to Dismiss ("Motion"), and all briefing and argument thereon, and good cause having been shown for the relief sought in the Motion.

IT IS HEREBY ORDERED this _____ day of _____, 2005 that the Motion is GRANTED and that the counterclaims against Envoy Corporation and WebMD Corporation in the above-captioned action are dismissed with prejudice.

_____
United States District Judge

RLF1-2884585-1