UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAKOTA IMAGING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:05-CV-296 (SLR) |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| SANDEEP GOEL and PRADEEP GOEL, | ) | |
| | ) | |
| Defendants/Counterclaim-Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAKOTA IMAGING, INC., ENVOY CORPORATION, and WEB MD CORPORATION, | ) | |
| | ) | |
| Counterclaim-Defendants | ) | |

## PLAINTIFF/COUNTERCLAIM-DEFENDANT DAKOTA IMAGING, INC.'S MOTION FOR PARTIAL DISMISSAL OF DEFENDANTS/COUNTERCLAIM-PLAINTIFFS' COUNTERCLAIMS AGAINST IT

Plaintiff/Counterclaim-Defendant Dakota Imaging, Inc. moves to dismiss those portions of the Counterclaims against it in the above-captioned action related to an "earnout" provision in the Merger Agreement (as defined in the accompanying Memorandum in Support) for failure to state a claim for which relief may granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The grounds for this Motion are fully stated in the accompanying Memorandum in Support.

-2-

        /s/ Michael R. Robinson
        Jesse A. Finkelstein (DSBA 1090)
        Michael R. Robinson (DSBA 4452)
        RICHARDS, LAYTON & FINGER, P.A.
        One Rodney Square
        920 N. King Street
        Wilmington, Delaware 19801
        (302) 651-7700
        finkelstein@rlf.com
        robinson@rlf.com

        *Attorneys for Plaintiff/Counterclaim-Defendant*
        *Dakota Imaging, Inc.*

Of Counsel:

Harry T. Daniels
Richard A. Johnston
Mark A. Delaney
Cytheria D. Jernigan
WILMER CUTLER PICKERING
HALE AND DORR LLC
60 State Street
Boston, MA 02109
(617) 526-6000


Dated: June 7, 2005

-2-

RLF1-2884564-1

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered copies of the foregoing document to the following:

>Michael P. Stafford, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19879-0391

I further hereby certify that on June 7, 2005, I have mailed by Federal Express, the document(s) to the following non-registered participants:

>Ward B. Coe III, Esquire
>Kevin C. McCormick, Esquire
>WHITEFORD, TAYLOR & PRESTON
>Seven Saint Paul Street, Suite 1400
>Baltimore, MD 21202

_____
Michael R. Robinson (#4452)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
robinson@rlf.com

RLF1-2884580-1