UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAKOTA IMAGING, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:05-CV-296 (SLR) |
| ) | |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| SANDEEP GOEL and ) | |
| PRADEEP GOEL, ) | |
| ) | |
| Defendants/Counterclaim- ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DAKOTA IMAGING, INC., ) | |
| ENVOY CORPORATION, and ) | |
| WEB MD CORPORATION, ) | |
| ) | |
| Counterclaim- ) | |
| Defendants ) | |

## PLAINTIFF/COUNTERCLAIM-DEFENDANT DAKOTA IMAGING, INC.'S RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff/Counterclaim-Defendant Dakota Imaging, Inc ("Dakota") states the following: (i) Dakota is a wholly-owned subsidiary of Envoy Corporation ("Envoy"), (ii) Envoy is a wholly-owned subsidiary of WebMD Corporation ("WebMD"), (iii) WebMD is a publicly-held corporation; and (iv) no publicly-held corporation owns 10% or more of WebMD. Dakota reserves the right to supplement this statement, if necessary, pursuant to Rule 7.1(b).

| | |
|---|---|
| Of Counsel: | /s/ Michael R. Robinson |
| | Jesse A. Finkelstein (DSBA 1090) |
| Harry T. Daniels | Michael R. Robinson (DSBA 4452) |
| Richard A. Johnston | RICHARDS, LAYTON & FINGER, P.A. |
| Mark A. Delaney | One Rodney Square |
| Cytheria D. Jernigan | 920 N. King Street |
| WILMER CUTLER PICKERING | Wilmington, Delaware 19801 |
| HALE AND DORR LLC | (302) 651-7700 |
| 60 State Street | finkelstein@rlf.com |
| Boston, MA 02109 | robinson@rlf.com |
| (617) 526-6000 | |
| | *Attorneys for Plaintiff/Counterclaim-Defendant Dakota Imaging, Inc.* |
| Dated: June 7, 2005 | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered copies of the foregoing document to the following:

> Michael P. Stafford, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19879-0391

I further hereby certify that on June 7, 2005, I have mailed by Federal Express, the document(s) to the following non-registered participants:

> Ward B. Coe III, Esquire
> Kevin C. McCormick, Esquire
> WHITEFORD, TAYLOR & PRESTON
> Seven Saint Paul Street, Suite 1400
> Baltimore, MD 21202

/s/ Michael R. Robinson
Michael R. Robinson (#4452)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
robinson@rlf.com

RLF1-2884580-1