## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAKOTA IMAGING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:05-CV-296 (SLR) |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| SANDEEP GOEL and | ) | |
| PRADEEP GOEL, | ) | |
| | ) | |
| Defendants/Counterclaim-Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAKOTA IMAGING, INC., | ) | |
| ENVOY CORPORATION, and | ) | |
| WEB MD CORPORATION, | ) | |
| | ) | |
| Counterclaim-Defendants | ) | |
| | ) | |

## COUNTERCLAIM-DEFENDANT ENVOY CORPORATION'S
## RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Counterclaim-Defendant Envoy Corporation ("Envoy") states the following: (i) Envoy is a wholly-owned subsidiary of WebMD Corporation ("WebMD"), (ii) WebMD is a publicly-held corporation; and (iii) no publicly-held corporation owns 10% or more of WebMD. Envoy reserves the right to supplement this statement, if necessary, pursuant to Rule 7.1(b).

Of Counsel:

Harry T. Daniels
Richard A. Johnston
Mark A. Delaney
Cytheria D. Jernigan
WILMER CUTLER PICKERING
HALE AND DORR LLC
60 State Street
Boston, MA 02109
(617) 526-6000


Dated: June 7, 2005

Jesse A. Finkelstein (DSBA 1090)
Michael R. Robinson (DSBA 4452)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware  19801
(302) 651-7700
finkelstein@rlf.com
robinson@rlf.com

*Attorneys for Counterclaim-Defendant Envoy
Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered copies of the foregoing document to the following:

Michael P Stafford, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P O. Box 391
Wilmington, DE 19879-0391

I further hereby certify that on June 7, 2005, I have mailed by Federal Express, the document(s) to the following non-registered participants:

Ward B. Coe III, Esquire
Kevin C McCormick, Esquire
WHITEFORD, TAYLOR & PRESTON
Seven Saint Paul Street, Suite 1400
Baltimore, MD 21202

Michael R. Robinson (#4452)
Richards, Layton & Finger, P A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
robinson@rlf com