UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAKOTA IMAGING, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:05-CV-296 (SLR) |
| ) | |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| SANDEEP GOEL and ) | |
| PRADEEP GOEL, ) | |
| ) | |
| Defendants/Counterclaim- ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DAKOTA IMAGING, INC., ) | |
| ENVOY CORPORATION, and ) | |
| WEB MD CORPORATION, ) | |
| ) | |
| Counterclaim- ) | |
| Defendants ) | |

## [PROPOSED] ORDER

The Court, having considered Plaintiff/Counterclaim-Defendant Dakota Imaging, Inc and Counterclaim-Defendants Envoy Corporation and WebMD Corporation's Motion to Remand ("Motion"), and all briefing and argument thereon, and good cause having been shown for the relief sought in the Motion

IT IS HEREBY ORDERED this ____ day of _____, 2005 that the Motion is GRANTED and that this action is remanded to the Court of Chancery of the State of Delaware in and for New Castle County for further adjudication

_____
United States District Judge