## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DAKOTA IMAGING, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | **Civil Action No. 1:05-CV-296 (SLR)** |
| ) | |
| **v.** ) | |
| ) | **JURY TRIAL DEMANDED** |
| **SANDEEP GOEL and** ) | |
| **PRADEEP GOEL,** ) | |
| ) | |
| **Defendants/Counterclaim-** ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **DAKOTA IMAGING, INC.,** ) | |
| **ENVOY CORPORATION, and** ) | |
| **WEB MD CORPORATION,** ) | |
| ) | |
| **Counterclaim-** ) | |
| **Defendants** ) | |
| ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on June 8, 2005, copies of (i) Plaintiff's First Set of

Requests for Admission Propounded to Defendant Pradeep Goel, (ii) Plaintiff's First Request for

Production of Documents Propounded to Defendant Pradeep Goel, and (iii) Plaintiff's First Set

of Interrogatories Propounded to Defendant Pradeep Goel were served by hand delivery upon the

following attorneys of record:

> Michael P. Stafford, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> The Brandywine Building
> 1000 West Street, 17h Floor
> Wilmington, DE  19801

_____
Jesse A. Finkelstein (DSBA 1090)
Michael R. Robinson (DSBA 4452)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700
finkelstein@rlf.com
robinson@rlf.com

*Attorneys for Plaintiff/Counterclaim-Defendant Dakota Imaging, Inc. and Counterclaim-Defendants Envoy Corporation and WebMD Corporation*

Of Counsel:

Harry T. Daniels
Richard A. Johnston
Mark A. Delaney
Cytheria D. Jernigan
WILMER CUTLER PICKERING
HALE AND DORR LLC
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: June 8, 2005

RLF1-2884760-1

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered copies of the foregoing document to the following:

> Michael P. Stafford, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19879-0391

I further hereby certify that on June 8, 2005, I have mailed by Federal Express, the document(s) to the following non-registered participants:

> Ward B. Coe III, Esquire
> Kevin C. McCormick, Esquire
> WHITEFORD, TAYLOR & PRESTON
> Seven Saint Paul Street, Suite 1400
> Baltimore, MD 21202

Michael R. Robinson (#4452)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
robinson@rlf.com

RLF1-2884580-1