UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAKOTA IMAGING, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SANDEEP GOEL and ) <br> PRADEEP GOEL, ) <br> ) <br> Defendants/Counterclaim- ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DAKOTA IMAGING, INC., ) <br> ENVOY CORPORATION, and ) <br> WEB MD CORPORATION, ) <br> ) <br> Counterclaim- ) <br> Defendants ) <br> ) | Civil Action No. 1:05-CV-296 (SLR) <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

The undersigned hereby certifies that on June 8, 2005, copies of (i) Plaintiff's First Set of Requests for Admission Propounded to Defendant Sandeep Goel, (ii) Plaintiff's First Request for Production of Documents Propounded to Defendant Sandeep Goel, and (iii) Plaintiff's First Set of Interrogatories Propounded to Defendant Sandeep Goel were served by hand delivery upon the following attorneys of record:

> Michael P. Stafford, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> The Brandywine Building
> 1000 West Street, 17h Floor
> Wilmington, DE 19801

- 2 -

| | /s/ Michael R. Robinson |
|---|---|
| OF COUNSEL: | Jesse A. Finkelstein (DSBA 1090) |
| | Michael R. Robinson (DSBA 4452) |
| Harry T. Daniels | RICHARDS, LAYTON & FINGER, P.A. |
| Richard A. Johnston | One Rodney Square |
| Mark Delaney | 920 N. King Street |
| Cytheria D. Jernigan | Wilmington, Delaware 19801 |
| WILMER CUTLER PICKERING | (302) 651-7700 |
| HALE AND DORR | |
| 60 State Street | *Attorneys for Plaintiff/Counterclaim-* |
| Boston, MA 02109 | *Defendant Dakota Imaging, Inc. and* |
| (617) 526-6000 | *Counterclaim-Defendants Envoy Corporation* |
| | *and WebMD Corporation* |

Dated: June 8, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered copies of the foregoing document to the following:

>Michael P. Stafford, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19879-0391

I further hereby certify that on June 8, 2005, I have mailed by Federal Express, the document(s) to the following non-registered participants:

>Ward B. Coe III, Esquire
>Kevin C. McCormick, Esquire
>WHITEFORD, TAYLOR & PRESTON
>Seven Saint Paul Street, Suite 1400
>Baltimore, MD 21202

/s/ Michael R. Robinson
Michael R. Robinson (#4452)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
robinson@rlf.com