UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAKOTA IMAGING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:05-CV-296 (SLR) |
| v. | ) | |
| SANDEEP GOEL and | ) | JURY TRIAL DEMANDED |
| PRADEEP GOEL, | ) | |
| Defendants/Counterclaim-Plaintiffs, | ) | |
| v. | ) | |
| DAKOTA IMAGING, INC., ENVOY CORPORATION, and WEB MD CORPORATION, | ) | |
| Counterclaim-Defendants | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Richard A. Johnston, Harry T. Daniels, Cytheria D. Jernigan, and Mark A. Delaney of Wilmer Cutler Pickering Hale & Dorr, LLP, to represent Plaintiff and Counterclaim-Defendant Dakota Imaging, Inc. and Counterclaim-Defendants Envoy Corporation and WebMD Corporation in this matter.

/s/ Michael R. Robinson
Michael R. Robinson (Del. Bar No. 4452)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Phone: (302) 651-7700
robinson@rlf.com
*Attorneys for Plaintiff/Counterclaim Defendant Dakota Imaging, Inc. and Counterclaim-Defendants Envoy Corporation and WebMD Corporation*

Dated: June 8, 2005

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts and the United States Circuit Court of Appeals for the First Circuit, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk of Court upon the filing of this motion.

/s/ Richard A. Johnston
Richard A. Johnston
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: June 6, 2005

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk of Court upon the filing of this motion.

Harry T. Daniels
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: June 3, 2005

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk of Court upon the filing of this motion.

/s/ Mark A. Delaney
Mark A. Delaney
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: June 3, 2005

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk of Court upon the filing of this motion.

                                               Cytheria D. Jernigan
                                               Wilmer Cutler Pickering Hale and Dorr, LLP
                                               60 State Street
                                               Boston, MA 02109
                                               (617) 526-6000

Dated: June 3, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAKOTA IMAGING, INC., <br><br> Plaintiff, <br><br> v. <br><br> SANDEEP GOEL and <br> PRADEEP GOEL, <br><br> Defendants/Counterclaim-<br>Plaintiffs, <br><br> v. <br><br> DAKOTA IMAGING, INC., <br> ENVOY CORPORATION, and <br> WEB MD CORPORATION, <br><br> Counterclaim-<br>Defendants | Civil Action No. 1:05-CV-296 (SLR) <br><br> JURY TRIAL DEMANDED |

**ORDER**

IT IS HEREBY ORDERED that on this ____day of _____ 2005, counsel's motion for admission *pro hac vice* of Richard A. Johnston, Harry T. Daniels, Cytheria D. Jernigan, and Mark A. Delaney of Wilmer Cutler Pickering Hale & Dorr, LLP is granted

_____
UNITED STATES DISTRICT
COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2005, I electronically filed the foregoing Motion for Pro Hac Vice with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered copies of the Motion for Pro Hac Vice to the following:

>Michael P. Stafford, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19879-0391

I further hereby certify that on June 8, 2005, I have mailed by Federal Express, the document(s) to the following non-registered participants:

>Ward B. Coe III, Esquire
>Kevin C. McCormick, Esquire
>WHITEFORD, TAYLOR & PRESTON
>Seven Saint Paul Street, Suite 1400
>Baltimore, MD 21202

_____
Michael R. Robinson (#4452)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
robinson@rlf.com

RLF1-2883503-1