IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAKOTA IMAGING, INC ) | |
| ) | |
| Plaintiff ) | |
| and Counterclaim Defendant, ) | Civil Action No. 05-296 SLR |
| ) | |
| v. ) | |
| ) | |
| SANDEEP GOEL and PRADEEP GOEL ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendants ) | |
| and Counterclaim Plaintiffs, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | |
| ENVOY CORPORATION and WEBMD, ) | |
| ) | |
| Counterclaim Defendants. ) | |

<u>STIPULATION AND ORDER</u>

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through their undersigned counsel and subject to the approval of the Court, that the deadline by which Defendants and Counterclaim Plaintiffs Sandeep Goel and Pradeep Goel may respond or reply to the pending motions listed below shall be extended through and including June 28, 2005:

1) Motion to Dismiss Counterclaims Based upon Rule 12(b)(6) by Envoy Corporation and WebMD;

2) Motion to Partially Dismiss Counterclaims Based upon Rule 12(b)(6) by Dakota Imaging, Inc ;

3) Motion to Remand by Dakota Imaging, Inc.;

4) First Motion to Stay Discovery Pending Resolution of Motion to
Dismiss Counterclaims by Envoy Corporation and WebMD; and

5) First Motion to Stay Partial Discovery Pending Resolution of Motion
for Partial Dismissal of Counterclaim filed by Dakota Imaging, Inc

RICHARDS, LAYTON & FINGER,
P A.

Jesse A. Finkelstein (No. 1090)
Michael R. Robinson (No. 4452)

One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
finkelstein@rlf.com
robinson@rfl.com

*Attorneys for Plaintiff and*
*Counterdefendant Dakota Imaging and*
*for Counterdefendants Envoy*
*Corporation and WebMD*

OF COUNSEL
Harry T. Daniels
Richard A. Johnston
Mark Delaney
Cytheria D. Jernigan
WILMER CUTLER PICKERING
HALE & DOOR
60 State Street
Boston, MA 02109
(617) 526-6000

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

Michael P Stafford, Esquire (No 4461)

The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6553
Facsimile: (302) 576-3470
mstafford@ycst.com

*Attorneys for Defendants and*
*Counterclaim Plaintiffs Sandeep Goel*
*and Pradeep Goel*

OF COUNSEL
Ward B. Coe III
Kevin C. McCormick
WHITEFORD, TAYLOR & PRESTON
Seven Saint Paul Street, Suite 1400
Baltimore, MD 21202
(540) 347-8779

Dated: June 17, 2005

-2-
WP3:1122504 1          64142 1001

SO ORDERED, this _____ day of _____, 2005

_____
U.S. District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on June 17 , 2005, I electronically filed a true and correct copy of the foregoing **Stipulation and Order** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Jesse A. Finkelstein, Esquire
Michael R. Robinson, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

I further certify that on June 17, 2005,  I caused a copy of the foregoing **Stipulation and Order** to be served by hand-delivery on the following counsel of record:

Jesse A. Finkelstein, Esquire
Michael R. Robinson, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

I further certify that on June 17, 2005, I served the foregoing **Stipulation and Order** on the following non-registered participants by first class United States Mail:

Harry T. Daniels, Esquire
Richard A. Johnson, Esquire
Mark Delaney, Esquire
Cytheria D. Jernigan, Esquire
WILMER CUTLER PICKERING HALE AND DOOR

60 State Street
Boston, MA 02109

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6553
Facsimile: (302) 576-3470
Email:  mstafford@ycst.com

Attorneys for Defendants and Counterclaim Plaintiffs
Sandeep Goel and Pradeep Goel