UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAKOTA IMAGING, INC., | ) |
| Plaintiff, | ) Civil Action No. 1:05-CV-296 (SLR) |
| v. | ) |
| SANDEEP GOEL and PRADEEP GOEL, | ) JURY TRIAL DEMANDED |
| Defendants/Counterclaim-Plaintiffs, | ) |
| v. | ) |
| DAKOTA IMAGING, INC., ENVOY CORPORATION, and WEB MD CORPORATION, | ) |
| Counterclaim-Defendants | ) |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through their undersigned counsel and subject to the approval of the Court, that the deadline by which Plaintiff and Counterclaim-Defendants may reply to the pending motions listed below shall be extended through and including July 11, 2005:

1) Motion to Dismiss Counterclaims Based upon Rule 12(b)(6) by Envoy Corporation and WebMD;

2) Motion to Partially Dismiss Counterclaims Based upon Rule 12(b)(6) by Dakota Imaging, Inc.;

3) Motion to Remand by Dakota Imaging, Inc.;

RLF1-2891577-1

4) First Motion to Stay Discovery Pending Resolution of Motion to Dismiss Counterclaims by Envoy Corporation and WebMD; and

5) First Motion to Stay Partial Discovery Pending Resolution of Motion for Partial Dismissal of Counterclaim filed by Dakota Imaging, Inc.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Ward B. Coe III<br>Kevin C. McCormick<br>WHITEFORD, TAYLOR & PRESTON<br>Seven Saint Paul Street, Suite 1400<br>Baltimore, MD 21202<br>(540) 347-8779<br><br>Dated: June 23, 2005 | Michael P. Stafford (DSBA 4461)<br>YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19879-0391<br>Telephone: (302) 571-6553<br>Facsimile: (302) 576-3461<br>mstafford@ycst.com<br><br>*Attorneys for Defendants and Counterclaim-Plaintiffs* |
| OF COUNSEL:<br><br>Harry T. Daniels<br>Richard A. Johnston<br>Mark Delaney<br>Cytheria D. Jernigan<br>WILMER CUTLER PICKERING<br>HALE AND DORR<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000<br><br>Dated: June 23, 2005 | Jesse A. Finkelstein (DSBA 1090)<br>Michael R. Robinson (DSBA 4452)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>finkelstein@rlf.com<br>robinson@rlf.com<br><br>*Attorneys for Plaintiff and Counterclaim-Defendants Dakota Imaging, Inc. and Counterclaim-Defendants Envoy Corporation and WebMD Corporation* |

SO ORDERED, this _____ day of _____, 2005

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered copies of the foregoing document to the following:

>Michael P. Stafford, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19879-0391

I further hereby certify that on June 23, 2005, I have mailed by Federal Express, the document(s) to the following non-registered participants:

>Ward B. Coe III, Esquire
>Kevin C. McCormick, Esquire
>WHITEFORD, TAYLOR & PRESTON
>Seven Saint Paul Street, Suite 1400
>Baltimore, MD 21202

>/s/ Michael R. Robinson
>Michael R. Robinson (#4452)
>Richards, Layton & Finger, P.A.
>One Rodney Square
>920 N. King Street
>Wilmington, DE 19801
>(302) 651-7700
>robinson@rlf.com