# RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
P.O. BOX 551
WILMINGTON, DELAWARE 19899
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

MICHAEL R. ROBINSON

DIRECT DIAL NUMBER
302-651-7767
ROBINSON@RLF.COM

June 24, 2005

**BY ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

Re: <u>Dakota Imaging, Inc. v. Goel, C.A. No. 5-cv-296 (SLR)</u>

Dear Chief Judge Robinson:

In advance of the Rule 16 telephonic scheduling conference set for June 28, 2005 at 8:15 a.m. in this matter, I enclose for the Court's consideration a proposed form of scheduling order that has been agreed upon by the parties. We look forward to discussing this matter with Your Honor and finalizing the scheduling order on June 28th.

As always, if Your Honor has any questions prior to the scheduling conference, counsel remain available at the Court's convenience.

Respectfully submitted,

Michael R. Robinson
(Del. Bar #4452)

MRR:mr
Enclosure

cc: Clerk, U.S. District Court (By Hand)
Michael P. Stafford, Esquire (By Email)
Richard A. Johnston, Esquire (By Email)
Kevin C. McCormick, Esquire (By Email)

RLF1-2835754-1