# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
P.O. BOX 551
WILMINGTON, DELAWARE 19899
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

MICHAEL R. ROBINSON

DIRECT DIAL NUMBER
302-651-7767
ROBINSON@RLF.COM

June 28, 2005

**BY ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

Re:   **Dakota Imaging, Inc. v. Goel, C.A. No. 5-cv-296 (SLR)**

Dear Chief Judge Robinson:

As a result of the Rule 16 scheduling call this morning, enclosed is the revised Scheduling Order agreed to by the parties. If it meets with Your Honor's approval, please execute it and send it to the Clerk for the file. Thank you.

Respectfully submitted,

Michael R. Robinson
(Del. Bar #4452)

MRR:mr
Enclosure

cc:   Clerk, U.S. District Court (By Hand)
      Michael P. Stafford, Esquire (By Email)
      Kevin C. McCormick, Esquire (By Email)
      Richard Johnston, Esquire (By Email)

RLF1-2891408-1