IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAKOTA IMAGING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | Civil Action No. 05-296-SLR |
| ) | |
| SANDEEP GOEL and ) | |
| PRADEEP GOEL, ) | |
| ) | |
| Defendants. | |

### AFFIDAVIT OF SANDEEP GOEL

I, Sandeep Goel, having been duly sworn, do hereby depose and say:

1. I am over 21 years old and have personal knowledge with regard to the facts set forth in the this Affidavit and am competent to testify to the matters set forth herein.

2. Since December 2003 and continuing to date, I have been a resident and a citizen of Florida, living at 7700 NE 8th Way, Boca Raton, Florida 33487.

3. Since December 2003 and continuing to date, I have paid Florida state and local income and other taxes; I have had a Florida driving license; I am registered to vote in Florida; I maintain personal banking accounts in Florida and I own personal real estate in Florida.

4. Since December 2003 and continuing to date, it has been my intent to remain a citizen of Florida indefinitely.

5. Dakota Imaging, Inc. ("Dakota"), Plaintiff, Counterclaim Defendant herein, is a Maryland corporation with a principal place of business in Columbia,

Attachment A

Maryland. Dakota is a wholly-owned subsidiary of Envoy Corporation ("Envoy"). Envoy, in turn, is a wholly-owned subsidiary of WebMD Corporation, ("WebMD"), which is a Delaware corporation. WebMD does not have its principal place of business in Florida.

I SOLEMNLY AFFIRM, under the penalties of perjury and upon personal knowledge, that I have read the foregoing Affidavit and declare that it is true and correct to the best of my personal knowledge, information and belief.

_6/24/2005_  _Sandeep Goel_
Date                                                    Sandeep Goel

State of _Florida_
County of _Palm Beach_

On this day _____ of June 2005, before me, the undersigned officer, personally appeared Sandeep Goel, satisfactory proven to be the person whose name is subscribed to within the instrument and acknowledged that he executed the same for the purpose therein contained.

In witness hereof, I hereunder set my hand and official seal

_6.24.2005_  _Judith L. Harris_
Date                                                    Signature of Notary Public

_Judith L. Harris_  _Aug. 17, 2007_
Printed Name of Notary Public       My Commission Expires

Notary Seal:

1625361



JUDITH L. HARRIS
MY COMMISSION # DD 242230
EXPIRES: August 17, 2007
Bonded Thru Notary Public Underwriters

2