IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAKOTA IMAGING, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SANDEEP GOEL AND ) <br> PRADEEP GOEL ) <br> ) <br> Defendants/Counterclaim- ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DAKOTA IMAGING, INC., ) <br> ENVOY CORPORATION, AND ) <br> WEB MD CORPORATION, ) <br> ) <br> Counterclaim-Defendants. ) <br> ) | Civil Action No:    1:05-CV-296 (SLR) <br><br> JURY TRIAL DEMANDED |

## ORDER

This Court, having considered Plaintiff/Counterclaim-Defendant Dakota Imaging, Inc., and Counterclaim-Defendants Envoy Corporation and WebMD Corporation's Motion to Remand ("Motion"), the Defendants/Counterclaim-Plaintiffs' opposition thereto, and all briefing and argument thereon,

IT IS HEREBY ORDERED this _____ day of _____, 2005, that the Motion is DENIED in its entirety.

_____
United States District Judge