IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAKOTA IMAGING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No:     1:05-CV-296 (SLR) |
| | ) |
| SANDEEP GOEL AND | ) JURY TRIAL DEMANDED |
| PRADEEP GOEL | ) |
| | ) |
| Defendants/Counterclaim-Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| DAKOTA IMAGING, INC., ENVOY CORPORATION, AND WEB MD CORPORATION, | ) |
| | ) |
| Counterclaim-Defendants. | ) |

### ORDER

The Court, having considered Counterclaim-Defendants Envoy Corporation's and WebMD Corporation's Motion to Dismiss ("Motion"), Defendants/Counterclaim-Plaintiffs' Opposition thereto, and all briefing and argument thereon:

IT IS HEREBY ORDERED this _____ day of _____, 2005, that the Motion is DENIED in its entirety.

_____
United States District Judge