IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAKOTA IMAGING, INC., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No:   1:05-CV-296 (SLR) ) |
| SANDEEP GOEL AND PRADEEP GOEL | ) JURY TRIAL DEMANDED ) ) |
| Defendants/Counterclaim- Plaintiffs, | ) ) ) ) |
| v. | ) ) |
| DAKOTA IMAGING, INC., ENVOY CORPORATION, AND WEB MD CORPORATION, | ) ) ) ) |
| Counterclaim-Defendants. | ) ) |

## ORDER

This Court, having considered Counterclaim-Defendants Envoy Corporation and WebMD Corporation's Motion to Stay Discovery ("Motion"), the Defendants/Counterclaim-Plaintiffs' opposition thereto, and all briefing and argument thereon,

IT IS HEREBY ORDERED this _____ day of _____, 2005, that the Motion is DENIED in its entirety.

_____
United States District Judge