IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAKOTA IMAGING, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No:    1:05-CV-296 (SLR) |
| | ) |
| SANDEEP GOEL AND | ) JURY TRIAL DEMANDED |
| PRADEEP GOEL | ) |
| | ) |
|     Defendants/Counterclaim- | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| DAKOTA IMAGING, INC., | ) |
| ENVOY CORPORATION, AND | ) |
| WEB MD CORPORATION, | ) |
| | ) |
|     Counterclaim-Defendants. | ) |

## ORDER

This Court, having considered Plaintiff/Counterclaim-Defendants Dakota Imaging, Inc.'s, Motion for Partial Stay of Discovery ("Motion"), the Defendants/Counterclaim-Plaintiffs' opposition thereto, and all briefing and argument thereon,

IT IS HEREBY ORDERED this _____ day of _____, 2005, that the Motion is DENIED in its entirety.

_____
United States District Judge