UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAKOTA IMAGING, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:05-CV-296 (SLR) |
| ) | |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| SANDEEP GOEL and ) | |
| PRADEEP GOEL, ) | |
| ) | |
| Defendants/Counterclaim- ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DAKOTA IMAGING, INC., ) | |
| ENVOY CORPORATION, and ) | |
| WEB MD CORPORATION, ) | |
| ) | |
| Counterclaim- ) | |
| Defendants ) | |
| ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 1, 2005 copies of Counterclaim-Defendants Envoy Corporation's and WebMD Corporation's Initial Disclosures Pursuant to Fed. R. Civ. P. 26 were delivered to the following attorneys of record in the manner and at the address indicated:

**BY HAND DELIVERY**

Michael P. Stafford, Esquire
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19879-0391

**BY FEDERAL EXPRESS**

Ward B. Coe III, Esquire
Kevin C. McCormick, Esquire
WHITEFORD, TAYLOR & PRESTON
Seven Saint Paul Street, Suite 1400
Baltimore, MD 21202

| | |
|---|---|
| OF COUNSEL: | /s/ Jesse A. Finkelstein |
| | Jesse A. Finkelstein (DSBA 1090) |
| Harry T. Daniels | Michael R. Robinson (DSBA 4452) |
| Richard A. Johnston | RICHARDS, LAYTON & FINGER, P.A. |
| Mark Delaney | One Rodney Square |
| Cytheria D. Jernigan | 920 N. King Street |
| WILMER CUTLER PICKERING | Wilmington, Delaware 19801 |
| HALE AND DORR | Telephone: (302) 651-7700 |
| 60 State Street | Facsimile:  (302) 651-7701 |
| Boston, MA 02109 | finkelstein@rlf.com |
| (617) 526-6000 | robinson@rlf.com |
| | |
| Dated: July 1, 2005 | *Attorneys for Counterclaim-Defendants Envoy Corporation and WebMD Corporation* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2005, I electronically filed the foregoing Notice of Service of Counterclaim-Defendants Envoy Corporation's and WebMD Corporation's Initial Disclosures with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered copies of the foregoing document to the following:

>Michael P. Stafford, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19879-0391

I further hereby certify that on July 1, 2005, I have mailed by Federal Express, the document to the following non-registered participants:

>Ward B. Coe III, Esquire
>Kevin C. McCormick, Esquire
>WHITEFORD, TAYLOR & PRESTON
>Seven Saint Paul Street, Suite 1400
>Baltimore, MD 21202

>_____
>Michael R. Robinson (DSB #4452)
>Richards, Layton & Finger, P.A.
>One Rodney Square
>920 N. King Street
>Wilmington, DE 19801
>(302) 651-7700
>robinson@rlf.com

RLF1-2883347-1