UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAKOTA IMAGING, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SANDEEP GOEL and ) <br> PRADEEP GOEL, ) <br> ) <br> Defendants/Counterclaim- ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DAKOTA IMAGING, INC., ) <br> ENVOY CORPORATION, and ) <br> WEB MD CORPORATION, ) <br> ) <br> Counterclaim- ) <br> Defendants ) <br> ) | Civil Action No. 1:05-CV-296 (SLR) <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 1, 2005 copies of Plaintiff and Counterclaim-Defendant Dakota Imaging, Inc.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26 were delivered to the following attorneys of record in the manner and at the address indicated:

**BY HAND DELIVERY**

Michael P. Stafford, Esquire
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19879-0391

**BY FEDERAL EXPRESS**

Ward B. Coe III, Esquire
Kevin C. McCormick, Esquire
WHITEFORD, TAYLOR & PRESTON
Seven Saint Paul Street, Suite 1400
Baltimore, MD 21202

OF COUNSEL:

Harry T. Daniels
Richard A. Johnston
Mark Delaney
Cytheria D. Jernigan
WILMER CUTLER PICKERING
HALE AND DORR
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: July 1, 2005

/s/ Michael R. Robinson
Jesse A. Finkelstein (DSBA 1090)
Michael R. Robinson (DSBA 4452)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
finkelstein@rlf.com
robinson@rlf.com

*Attorneys for Plaintiff and Counterclaim-Defendant Dakota Imaging, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2005, I electronically filed the foregoing Notice of Service of Plaintiff and Counterclaim-Defendant Dakota Imaging, Inc.'s Initial Disclosures with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered copies of the foregoing document to the following:

> Michael P. Stafford, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19879-0391

I further hereby certify that on July 1, 2005, I have mailed by Federal Express, the document to the following non-registered participants:

> Ward B. Coe III, Esquire
> Kevin C. McCormick, Esquire
> WHITEFORD, TAYLOR & PRESTON
> Seven Saint Paul Street, Suite 1400
> Baltimore, MD 21202

/s/ Michael R. Robinson
Michael R. Robinson (DSB #4452)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
robinson@rlf.com

RLF1-2883347-1