IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAKOTA IMAGING, INC., ) | |
| ) | |
| Plaintiff and Counterclaim ) | |
| Defendant, ) | |
| ) | Civil Action No. 05-296 SLR |
| v. ) | |
| ) | |
| SANDEEP GOEL and PRADEEP GOEL ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendants and Counterclaim ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| ENVOY CORPORATION and WEBMD, ) | |
| ) | |
| Counterclaim Defendants. ) | |

## NOTICE OF SERVICE OF RULE 26(a) DISCLOSURES

I, Michael P. Stafford, Esquire, hereby certify that on 1st of July 2005, copies of **Defendants' Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)** were served by first-class U.S. mail upon the following counsel of record:

Jesse A. Finkelstein, Esquire
Michael R. Robinson, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801


Harry T. Daniels, Esquire
Richard A. Johnson, Esquire
Cytheria D. Jernigan, Esquire
WILMER CUTLER PICKERING HALE AND DOOR
60 State Street
Boston, MA 02109

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6553
Facsimile: (302) 576-3470
Email: mstafford@ycst.com
*Attorneys for Defendants and Counterplanitiffs Sandeep Goel and Pradeep Goel*

OF COUNSEL:
Ward B. Coe III, Esquire
Kevin C. McCormick, Esquire
WHITEFORD, TAYLOR & PRESTON
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland 21202
Telephone: (410) 347-8779
Facsimile: (410) 752-7092
Email: wcoe@wtplaw.com
       kmccormick@wtplaw.com

Dated: July 5, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2005, I electronically filed a true and correct copy of the foregoing **Notice of Service of Rule 26(a) Disclosures** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jesse A. Finkelstein, Esquire
> Michael R. Robinson, Esquire
> RICHARDS, LAYTON & FINGER, P.A.
> One Rodney Square
> 920 North King Street
> Wilmington, DE 19801

I further certify that on July 5, 2005, I caused a copy of the foregoing **Notice of Service of Rule 26(a) Disclosures** to be served by hand-delivery on the following counsel of record:

> Jesse A. Finkelstein, Esquire
> Michael R. Robinson, Esquire
> RICHARDS, LAYTON & FINGER, P.A.
> One Rodney Square
> 920 North King Street
> Wilmington, DE 19801

I further certify that on July 5, 2005, I served the foregoing **Notice of Service of Rule 26(a) Disclosures** on the following non-registered participants by first class United States Mail:

> Harry T. Daniels, Esquire
> Richard A. Johnson, Esquire
> Mark Delaney, Esquire
> Cytheria D. Jernigan, Esquire
> WILMER CUTLER PICKERING HALE AND DOOR
> 60 State Street
> Boston, MA 02109

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6553
Facsimile: (302) 576-3470
Email: mstafford@ycst.com

*Attorneys for Defendants and Counterplanitiffs Sandeep Goel and Pradeep Goel*

OF COUNSEL:
Ward B. Coe III, Esquire
Kevin C. McCormick, Esquire
WHITEFORD, TAYLOR & PRESTON
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland 21202
Telephone: (410) 347-8779
Facsimile: (410) 752-7092
Email: wcoe@wtplaw.com
       kmccormick@wtplaw.com

Date: July 5, 2005