IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAKOTA IMAGING, INC. | ) | |
| | ) | |
| Plaintiff and Counterclaim Defendant, | ) ) | |
| | ) | Civil Action No. 05-296 SLR |
| v. | ) | |
| | ) | |
| SANDEEP GOEL and PRADEEP GOEL | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants and Counterclaim Plaintiffs, | ) ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ENVOY CORPORATION and WEBMD, | ) | |
| | ) | |
| Counterclaim Defendants. | ) | |

## NOTICE OF SERVICE OF DISCOVERY RESPONSES BY DEFENDANT SANDEEP GOEL

I, Michael P. Stafford, Esquire, hereby certify that on 8th of July 2005, copies of Defendant Sandeep Goel's (1) Responses to Plaintiff's First Request for Production of Documents; (2) Responses to Plaintiff's First Request for Admissions; and (3) Answers to Plaintiff's First Set of Interrogatories were served by first-class U.S. mail upon the following counsel of record:

Jesse A. Finkelstein, Esquire
Michael R. Robinson, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Harry T. Daniels, Esquire
Richard A. Johnson, Esquire
Cytheria D. Jernigan, Esquire
WILMER CUTLER PICKERING HALE AND DOOR
60 State Street
Boston, MA 02109


Respectfully submitted,


YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6553
Facsimile: (302) 576-3470
Email: mstafford@ycst.com
*Attorneys for Defendants and Counterplanitiffs Sandeep Goel and Pradeep Goel*


OF COUNSEL:
Ward B. Coe III, Esquire
Kevin C. McCormick, Esquire
WHITEFORD, TAYLOR & PRESTON
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland 21202
Telephone: (410) 347-8779
Facsimile: (410) 752-7092
Email: wcoe@wtplaw.com
       kmccormick@wtplaw.com


Dated: July 8, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2005, I electronically filed a true and correct copy of the foregoing **Notice of Service of Discovery Responses by Defendant Sandeep Goel** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jesse A. Finkelstein, Esquire
> Michael R. Robinson, Esquire
> RICHARDS, LAYTON & FINGER, P.A.
> One Rodney Square
> 920 North King Street
> Wilmington, DE 19801

I further certify that on July 8, 2005, I caused a copy of the foregoing **Notice of Service of Discovery Responses by Defendant Sandeep Goel** to be served by hand-delivery on the following counsel of record:

> Jesse A. Finkelstein, Esquire
> Michael R. Robinson, Esquire
> RICHARDS, LAYTON & FINGER, P.A.
> One Rodney Square
> 920 North King Street
> Wilmington, DE 19801

I further certify that on July 8, 2005, I served the foregoing **Notice of Service of Discovery Responses by Sandeep Goel** on the following non-registered participants by first class United States Mail:

>Harry T. Daniels, Esquire
>Richard A. Johnson, Esquire
>Cytheria D. Jernigan, Esquire
>WILMER CUTLER PICKERING HALE AND DOOR
>60 State Street
>Boston, MA 02109

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6553
Facsimile: (302) 576-3470
Email: mstafford@ycst.com

*Attorneys for Defendants and Counterplanitiffs Sandeep Goel and Pradeep Goel*

OF COUNSEL:
Ward B. Coe III, Esquire
Kevin C. McCormick, Esquire
WHITEFORD, TAYLOR & PRESTON
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland 21202
Telephone: (410) 347-8779
Facsimile: (410) 752-7092
Email: wcoe@wtplaw.com
       kmccormick@wtplaw.com

Date: <u>July 8, 2005</u>