IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAKOTA IMAGING, INC. )<br>)<br>Plaintiff and Counterclaim )<br>Defendant, )<br>)<br>v. )<br>)<br>SANDEEP GOEL and PRADEEP GOEL )<br>)<br>Defendants and Counterclaim)<br>Plaintiffs, )<br>)<br>)<br>v. )<br>)<br>ENVOY CORPORATION and WEBMD, )<br>)<br>Counterclaim Defendants. ) | Civil Action No. 05-296 SLR<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE OF DISCOVERY RESPONSES BY DEFENDANT PRADEEP GOEL

I, Michael P. Stafford, Esquire, hereby certify that on 8th of July 2005, copies of Defendant Pradeep Goel's (1) Responses to Plaintiff's First Request for Production of Documents; (2) Responses to Plaintiff's First Request for Admissions; and (3) Answers to Plaintiff's First Set of Interrogatories were served by first-class U.S. mail upon the following counsel of record:

Jesse A. Finkelstein, Esquire
Michael R. Robinson, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Harry T. Daniels, Esquire  
Richard A. Johnson, Esquire  
Cytheria D. Jernigan, Esquire  
WILMER CUTLER PICKERING HALE AND DOOR  
60 State Street  
Boston, MA 02109  

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Michael P. Stafford, Esquire (No. 4461)  
The Brandywine Building  
1000 West Street, 17th Floor  
P.O. Box 391  
Wilmington, Delaware  19899-0391  
Telephone: (302) 571-6553  
Facsimile: (302) 576-3470  
Email: mstafford@ycst.com  
*Attorneys for Defendants and Counterplanitiffs Sandeep Goel and Pradeep Goel*

OF COUNSEL:  
Ward B. Coe III, Esquire  
Kevin C. McCormick, Esquire  
WHITEFORD, TAYLOR & PRESTON  
Seven Saint Paul Street, Suite 1400  
Baltimore, Maryland 21202  
Telephone: (410) 347-8779  
Facsimile: (410) 752-7092  
Email: wcoe@wtplaw.com  
        kmccormick@wtplaw.com

Dated: July 8, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2005, I electronically filed a true and correct copy of the foregoing **Notice of Service of Discovery Responses by Defendant Pradeep Goel** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Jesse A. Finkelstein, Esquire
Michael R. Robinson, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

I further certify that on July 8, 2005, I caused a copy of the foregoing **Notice of Service of Discovery Responses by Defendant Pradeep Goel** to be served by hand-delivery on the following counsel of record:

Jesse A. Finkelstein, Esquire
Michael R. Robinson, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

I further certify that on July 8, 2005, I served the foregoing **Notice of Service of Discovery Responses by Pradeep Goel** on the following non-registered participants by first class United States Mail:

> Harry T. Daniels, Esquire
> Richard A. Johnson, Esquire
> Cytheria D. Jernigan, Esquire
> WILMER CUTLER PICKERING HALE AND DOOR
> 60 State Street
> Boston, MA 02109

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> _____
> Michael P. Stafford, Esquire (No. 4461)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware 19899-0391
> Telephone: (302) 571-6553
> Facsimile: (302) 576-3470
> Email: mstafford@ycst.com
>
> *Attorneys for Defendants and Counterplanitiffs Sandeep Goel and Pradeep Goel*

OF COUNSEL:
Ward B. Coe III, Esquire
Kevin C. McCormick, Esquire
WHITEFORD, TAYLOR & PRESTON
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland 21202
Telephone: (410) 347-8779
Facsimile: (410) 752-7092
Email: wcoe@wtplaw.com
         kmccormick@wtplaw.com


Date: July 8, 2005