# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
P.O. BOX 551
WILMINGTON, DELAWARE 19899
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

MICHAEL R. ROBINSON

DIRECT DIAL NUMBER
302-651-7767
Robinson@rlf.com

July 11, 2005

**VIA ELECTRONIC FILING**
The Honorable Sue L. Robinson
United States District Judge
J. Caleb Boggs Federal Building
844 North King Street
Room 6124, Lockbox 31
Wilmington, Delaware 19801

Re: <u>Dakota Imaging, Inc. v. Goel, C.A. No. 5-cv-296 (SLR)</u>

Dear Judge Robinson:

On June 7, 2005 plaintiff and counterclaim-defendant Dakota Imaging, Inc. ("Dakota") filed a motion to partially dismiss and memorandum in support thereof as well as a motion to remand and a first motion to stay partial discovery pending resolution of motion for partial dismissal in the above-referenced action. On that same date, counterclaim-defendants Envoy Corporation ("Envoy") and WebMD Corporation ("WebMD") filed a motion to dismiss and memorandum of law in support thereof as well as a first motion to stay discovery pending resolution of motion to dismiss. On June 28, 2005, defendants and counterclaim-plaintiffs filed their answering papers in opposition to these five motions. With the service and filing of Dakota, Envoy, and WebMD's reply briefs this afternoon, July 11, 2005, the parties have completed briefing on the motions. Accordingly, pursuant to District of Delaware Local Rule 7.1.4, Dakota, Envoy, and WebMD respectfully request that oral argument be scheduled on the motions at the Court's convenience.

Respectfully submitted,

*/s/ Michael R. Robinson*

Michael R. Robinson
(Del. Bar No. 4452)

MRR:mr
cc:  Clerk, U.S. District Court (By Hand)
    Michael P. Stafford, Esquire (By Hand Delivery)
    Kevin C. McCormick, Esquire (By Federal Express)
    Richard Johnston, Esquire (By Email)

RLF1-2885123-1