# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DAKOTA IMAGING, INC.** | : |
| Plaintiff, | : |
| v. | : |
| **SANDEEP GOEL** and **PRADEEP GOEL,** | : |
| | : C.A. No. 1:05-cv-296 (SLR) |
| Defendants/Counterclaim Plaintiffs, | : |
| v. | : |
| **DAKOTA IMAGING, INC., ENVOY CORPORATION** and **WEBMD CORPORATION,** | : |
| Counterclaim Defendants. | : |

## SUBSTITUTION OF COUNSEL

PLEASE ENTER THE APPEARANCE of Daniel V. Folt, Esq. and Matt Neiderman, Esq. of Duane Morris LLP, as attorneys for Defendants/Counterclaim Plaintiffs, Sandeep Goel and Pradeep Goel, and withdraw the appearance of Michael P. Stafford, Esq., attorney for Defendants, and the appearances of Ward B. Coe, Esq. and Kevin C. McCormick, Esq., admitted Pro Hac Vice on behalf of Defendants in the above-captioned action.

2

| DUANE MORRIS LLP | YOUNG, CONAWAY, STARGATT & TAYLOR |
|---|---|
| /s/ Matt Neiderman | /s/ Micheal P. Stafford |
| Daniel V. Folt (Bar I.D. No. 3143) | Michael P. Stafford (Bar I.D. No. 4461) |
| Matt Neiderman (Bar I.D. No. 4018) | The Brandywine Building |
| 1100 N. Market St., Suite 1200 | 1000 West Street, 17th Fl. |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 657-4920 | (302) 571-6600 |

Dated: November 23, 2005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 23rd day of November, 2005, that copies of the foregoing "Substitution of Counsel" were served by e-filing on the following counsel of record:

>Michael Ray Robinson, Esq.
>Richards, Layton & Finger
>One Rodney Square
>Wilmington, DE 19801
>
>Michael P. Stafford, Esq.
>Young, Conaway, Stargatt & Taylor
>The Brandywine Building
>1000 West Street, 17th Fl.
>Wilmington, DE 19899

>/s/ Matt Neiderman (I.D. No. 4018)
>Matt Neiderman

H:\Goel\Goel -- Substitution of Counsel.doc