## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DAKOTA IMAGING, INC.,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 1:05-CV-296 (SLR)** |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **SANDEEP GOEL and** | ) | |
| **PRADEEP GOEL,** | ) | |
| | ) | |
| **Defendants/Counterclaim-** | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **DAKOTA IMAGING, INC.,** | ) | |
| **ENVOY CORPORATION, and** | ) | |
| **WEB MD CORPORATION,** | ) | |
| | ) | |
| **Counterclaim-** | ) | |
| **Defendants** | ) | |
| | ) | |

## REVISED SCHEDULING ORDER

IT IS HEREBY ORDERED that the Court's Order of June 28, 2005 shall be modified as follows:

1.    All fact discovery shall be commenced in time to be completed by **July 31, 2006**.

2.    Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof are due by **August 31, 2006**. Rebuttal expert reports due by **September 29, 2006**. All expert discovery shall be completed by **October 31, 2006.**

3.    Joinder of other Parties, Amendment of Pleadings, and Class Certification.  All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before **March 31, 2006.**

4.    Settlement Conference.  Pursuant to 28 U.S.C. § 636, this matter has been referred to Magistrate Judge Thynge for the purposes of exploring the possibility ADR.  Mediation of the issues in this Action has been scheduled by Magistrate Judge Thynge for **February 27, 2006**.

5.    Case Dispositive Motions.  All summary judgment motions shall be served and filed with an opening brief on or before **November 30, 2006.**  Briefing shall be pursuant to D. Del. LR 7.1.2, with the exception that response to such summary judgment motion shall be filed within 30 days after service of such motion, and reply to such response shall be made within 15 days after service of such response.  No summary judgment motion may be filed more than **ten (10)** days after the above date without leave of the court.

6.    Motions in Limine.  All motions *in limine* shall be filed no later than _____, **2007 [two weeks prior to the start of trial]**  All responses to said motions shall be filed no later than _____, **2007 [one week prior to the start of trial].**

7.    Pretrial Conference.  A pretrial conference will be held on _____, _____, **2007** at _____ __.**m.** in Courtroom 6B, Sixth Floor Federal Building, 844 N. King Street, Wilmington, Delaware.  The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

8.    Jury Instructions, Voir Dire and Special Verdict Forms.  Where a case is to be tried to a jury, pursuant to **D. Del. LR 47.1 and 51.1**, the parties should file proposed voir dire, instructions to the jury and special verdicts and interrogatories by _____, **2007 [three (3) full business days before the final pretrial conference].**

9.    <u>Trial.</u>  This matter is scheduled for a **ten-day**-long jury trial commencing on

_____, _____, **2007** in Courtroom 6B, Sixth Floor Federal Building, 844 N.

King Street, Wilmington, Delaware.  For purposes of completing pretrial preparations, the parties

should plan on being allocated a total number of hours in which to present their respective cases.

IT IS SO ORDERED THIS ___ day of December, 2005.


_____
United States District Judge