IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAKOTA IMAGING, INC., )<br>)<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>SANDEEP GOEL and PRADEEP )<br>GOEL, )<br>)<br>    Defendants/ )<br>    Counterclaim Plaintiffs, )<br>)<br>  v. )<br>)<br>DAKOTA IMAGING, INC., ENVOY )<br>CORPORATION and WEB MD )<br>CORPORATION, )<br>)<br>    Counterclaim Defendants. ) | Civ. No. 05-296-SLR |

O R D E R

At Wilmington this 7th day of December, 2005, having conferred with counsel;

IT IS ORDERED that the above captioned case is stayed until further order of the court.

IT IS FURTHER ORDERED that a telephonic status/scheduling conference shall be conducted by the court on **January 24, 2006 at**

4:30 p.m., with defendants' counsel initiating the call.

                                              */s/ Sue L. Robinson*
                                              United States District Judge