## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DAKOTA IMAGING, INC.** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| **SANDEEP GOEL and** | : |
| **PRADEEP GOEL,** | : |
| | : C.A. No. 1:05-cv-296 (SLR) |
| Defendants/Counterclaim Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| **DAKOTA IMAGING, INC.,** | : |
| **ENVOY CORPORATION and** | : |
| **WEBMD CORPORATION,** | : |
| | : |
| Counterclaim Defendants. | : |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Harvey W. Gurland, Esq. of Duane Morris LLP, to represent Sandeep Goel and Pradeep Goel in this matter.

DATED: December 22, 2005

**DUANE MORRIS LLP**

/s/ Matt Neiderman
Daniel V. Folt (Del. I.D. No. 3143)
Matt Neiderman (Del. I.D. No. 4018)

1100 N. Market Street, 12th Floor
Wilmington, Delaware 19801
Tel:   302.657.4900
Fax:   302.657.4901
Attorneys for Defendants/Counterclaim Plaintiffs
Sandeep Goel and Pradeep Goel

WLM\212407.1

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DAKOTA IMAGING, INC.** | : |
| | : |
|       **Plaintiff,** | : |
| | : |
|       v. | : |
| | : |
| **SANDEEP GOEL and** | : |
| **PRADEEP GOEL,** | : |
| | : C.A. No. 1:05-cv-296 (SLR) |
|       **Defendants/Counterclaim** | : |
|       **Plaintiffs,** | : |
| | : |
|       v. | : |
| | : |
| **DAKOTA IMAGING, INC.,** | : |
| **ENVOY CORPORATION and** | : |
| **WEBMD CORPORATION,** | : |
| | : |
|       **Counterclaim Defendants.** | : |

## **ORDER**

The foregoing application by Duane Morris LLP, attorneys for defendants/counterclaim plaintiffs Sandeep Goel and Pradeep Goel, for an Order admitting Harvey W. Gurland, Esq. to practice in this action *pro hac vice*, is hereby GRANTED.

IT IS SO ORDERED this ____ day of _____, 200__.

                                                                               _____
                                                                               The Honorable Sue L. Robinson

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 22nd day of December, 2005, that copies of the foregoing "Motion for Pro Hac Vice" were served by e-filing on the following counsel of record:

> Michael Ray Robinson, Esq.
> Richards, Layton & Finger
> One Rodney Square
> Wilmington, DE 19801
>
> Michael P. Stafford, Esq.
> Young, Conaway, Stargatt & Taylor
> The Brandywine Building
> 1000 West Street, 17th Fl.
> Wilmington, DE 19899

> /s/ Matt Neiderman (I.D. No. 4018)
> Matt Neiderman