# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DAKOTA IMAGING, INC.** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **SANDEEP GOEL and** | : | |
| **PRADEEP GOEL,** | : | |
| | : **C.A. No. 1:05-cv-296 (SLR)** | |
| **Defendants/Counterclaim** | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | |
| | : | |
| **DAKOTA IMAGING, INC.,** | : | |
| **ENVOY CORPORATION and** | : | |
| **WEBMD CORPORATION,** | : | |
| | : | |
| **Counterclaim Defendants.** | : | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Felice Schonfeld, Esq. of Duane Morris LLP, to represent Sandeep Goel and

Pradeep Goel in this matter.

DATED: January 3, 2006

**DUANE MORRIS LLP**

/s/ Matt Neiderman
Daniel V. Folt (Del. I.D. No. 3143)
Matt Neiderman (Del. I.D. No. 4018)
1100 N. Market Street, 12th Floor
Wilmington, Delaware 19801
Tel:    302.657.4900
Fax:    302.657.4901
Attorneys for Defendants/Counterclaim Plaintiffs
Sandeep Goel and Pradeep Goel

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Florida, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office upon the filing of this motion.

Date: 12/21/05

Felice Schonfeld, Esq.
Duane Morris LLP
200 South Biscayne Blvd.
Suite 3400
Miami, Florida 33131

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DAKOTA IMAGING, INC.** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **SANDEEP GOEL and** | : | |
| **PRADEEP GOEL,** | : | |
| | : **C.A. No. 1:05-cv-296 (SLR)** | |
| **Defendants/Counterclaim** | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | |
| | : | |
| **DAKOTA IMAGING, INC.,** | : | |
| **ENVOY CORPORATION and** | : | |
| **WEBMD CORPORATION,** | : | |
| | : | |
| **Counterclaim Defendants.** | : | |

## ORDER

The foregoing application by Duane Morris LLP, attorneys for defendants/counterclaim plaintiffs Sandeep Goel and Pradeep Goel, for an Order admitting Felice Schonfeld, Esq. to practice in this action *pro hac vice*, is hereby GRANTED.

IT IS SO ORDERED this ____ day of _____, 2006.


_____
The Honorable Sue L. Robinson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 3rd day of January, 2006, that copies of the foregoing "Motion

for Pro Hac Vice" were served by e-filing on the following counsel of record:

Michael Ray Robinson, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  19801

Michael P. Stafford, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Fl.
Wilmington, DE 19899

/s/ Matt Neiderman (I.D. No. 4018)
Matt Neiderman

WLM\213093 1