IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAKOTA IMAGING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-296-SLR |
| ) | |
| SANDEEP GOEL and PRADEEP GOEL, ) | |
| ) | |
| Defendants/ ) | |
| Counterclaim Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DAKOTA IMAGING, INC., ENVOY ) | |
| CORPORATION, and WEB MD ) | |
| CORPORATION, ) | |
| ) | |
| Counterclaim Defendants. ) | |

**O R D E R**

At Wilmington this 25th day of January, 2006, having conferred with counsel;

IT IS ORDERED that the stay entered by this court on December 7, 2005 in the above captioned case shall remain in affect until further order of this court.

IT IS FURTHER ORDERED that a telephonic status/scheduling conference shall be conducted by the court on **Thursday, March 23, 2006 at 4:30 p.m.**, with plaintiff's counsel initiating the call.

_____
United States District Judge