IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAKOTA IMAGING, INC. | : |
|     Plaintiff, | : |
| v. | :   Civil Action No. 05-296-SLR |
| SANDEEP GOEL and PRADEEP GOEL, | : |
|     Defendants/Counterclaim Plaintiffs, | : |
| v. | : |
| DAKOTA IMAGING, INC. ENVOY CORPORATION, and WEB MD CORPORATION, | : |
|     Counterclaim Defendants. | : |

### ORDER

At Wilmington this **30th** day of **January, 2006**,

IT IS ORDERED that the mediation conference scheduled for Monday, February 27, 2006 beginning at 9:00 a.m. is canceled.

Since the parties desire a global approach to resolving disputes (District Court matter and arbitration matter) presently filed and those that could be raised in the future, a two-day mediation is now necessary. Presently, the parties are second in line for the following dates: March 29 and 30, 2006 and April 4-6, 2006. The due date for filing submissions is **Friday, March 17, 2006.** All other provisions of the Court's August 26, 2005 Order shall remain in full force and effect.

IT IS FURTHER ORDERED that a teleconference has been scheduled for **Monday, March 6, 2006 at 8:30 a.m.** to discuss the mediation dates.  **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE