IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAKOTA IMAGING, INC. | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-296-SLR |
| SANDEEP GOEL and PRADEEP GOEL, | : | |
| Defendants/Counterclaim Plaintiffs, | : | |
| v. | : | |
| DAKOTA IMAGING, INC. ENVOY CORPORATION, and WEB MD CORPORATION, | : | |
| Counterclaim Defendants. | : | |

## ORDER

At Wilmington this **8th** day of **March, 2006**,

IT IS ORDERED that the mediation conference has been scheduled for **Tuesday and Wednesday, April 4 and 5, 2006, beginning at 10:00 a.m.** Since the parties desire a global approach to resolving disputes (District Court matter and arbitration matter) presently filed and those that could be raised in the future, the mediation shall include those matters. The due date for filing submissions is now **Friday, April 24, 2006.** All other provisions of the Court's August 26, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE