## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAKOTA IMAGING, INC. | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-296-SLR |
| SANDEEP GOEL and PRADEEP GOEL, | : |
| Defendants/Counterclaim Plaintiffs, | : |
| v. | : |
| DAKOTA IMAGING, INC. ENVOY CORPORATION, and WEB MD CORPORATION, | : |
| Counterclaim Defendants. | : |

## **AMENDED ORDER**

At Wilmington this **8th** day of **March, 2006**,

IT IS ORDERED that the due date for filing submissions is **Friday, March 24, 2006**, not April 24, 2004. All other provisions of the Court's August 26, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE