IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAKOTA IMAGING, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 05-296-SLR ) |
| SANDEEP GOEL and PRADEEP GOEL, | ) ) |
| Defendants/<br>Counterclaim Plaintiffs, | ) ) ) |
| v. | ) ) |
| DAKOTA IMAGING, INC., ENVOY<br>CORPORATION, and WEB MD<br>CORPORATION, | ) ) ) ) |
| Counterclaim Defendants. | ) |

**O R D E R**

At Wilmington this 27th day of March, 2006, the case having been stayed while the parties engage in ADR;

IT IS ORDERED that the pending motions (D.I. 7, 9, 15, 20, and 21) are denied, without prejudice to renew should the case not resolve through ADR.

                                                 _____
                                                 United States District Judge