## RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

MICHAEL R. ROBINSON

DIRECT DIAL NUMBER
302-651-7767
ROBINSON@RLF.COM

September 28, 2006

**BY ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

Re: <u>Dakota Imaging, Inc. v. Goel, C.A. No. 5-cv-296 (SLR)</u>

Dear Chief Judge Robinson:

This letter is being submitted on behalf of all parties to the above-referenced case, and as a supplement to the status letters of September 19, 2006 from plaintiffs' counsel and defendants' counsel (the "Status Letters").

As described in the Status Letters, the parties engaged in extensive arbitration proceedings over the summer. The arbitrator has not yet rendered a decision, although the parties are hopeful that one will soon be forthcoming. Until the arbitrator issues his final decision, the parties respectfully request that the Court continue to stay the proceedings in the captioned-action and remove the trial date from the Court's calendar. Thereafter, the parties will jointly request a new scheduling conference in order to establish a revised schedule for the orderly disposition of this action.

Counsel remain available for a telephone conference at the Court's convenience if further discussion of the case status is desired.

Respectfully submitted,

*/s/ Michael R. Robinson*

Michael R. Robinson
(Del. Bar #4452)

RLF1-3064041-1

The Honorable Sue L. Robinson
United States District Court
September 28, 2006
Page 2


MRR:mr

cc:   Clerk, U.S. District Court (By Hand)
      Daniel V. Folt, Esq. (By Email)
      Michael Glick, Esq. (By Email)
      Harvey W. Gurland, Esq. (By Email)
      Richard A. Johnston, Esq. (By Email)
      Felice Schonfeld, Esq. (By Email)
      Chad M. Shandler, Esq. (By Email)