UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAKOTA IMAGING, INC.,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>SANDEEP GOEL and<br>PRADEEP GOEL,<br><br>　　　　　　　　　Defendants/<br>　　　　　　　　　Counterclaim-<br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>DAKOTA IMAGING, INC.,<br>ENVOY CORPORATION, and<br>WEB MD CORPORATION,<br><br>　　　　　　　　　Counterclaim-<br>　　　　　　　　　Defendants | Civil Action No. 1:05-CV-296 (SLR) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, plaintiff and counterclaim-defendant Dakota Imaging LLC (formerly known as Dakota Imaging, Inc.), counterclaim-defendant Envoy LLC (formerly known as Envoy Corporation), counterclaim-defendant Emdeon Corporation (formerly known as WebMD Corporation), and defendants/counter-claim plaintiffs Sandeep Goel and Pradeep Goel hereby stipulate and agree that all claims asserted in this action shall be dismissed with prejudice, without costs, expenses or attorneys' fees, and with waiver of all rights of appeal.

Respectfully submitted,

| | |
|---|---|
| Dakota Imaging LLC.<br>Envoy LLC<br>Emdeon Corporation<br>By its attorneys,<br><br>*/s/*<br><br>Jesse A. Finkelstein (DSBA 1090)<br>Chad Shandler (DSBA 3796)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>finkelstein@rlf.com<br>robinson@rlf.com<br><br>Of Counsel:<br>Harry T. Daniels<br>Richard A. Johnston<br>Kimberly Friday<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>Dated: ~~April  , 2007~~<br>MAY 29, 2007 | Sandeep Goel<br>Pradeep Goel<br>By their attorneys,<br><br>*/s/*<br><br>Daniel V. Folt (DSBA 3143)<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801-1246<br>(302) 657-4900<br>dfolt@duanemorris.com<br><br>Of Counsel:<br>Harvey W. Gurland, Jr., P.A.<br>Felice K. Schonfeld<br>Duane Morris LLP<br>200 South Biscayne Boulevard, Suite 3400<br>Miami, FL 33131-2397 |