UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAKOTA IMAGING, INC.,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>SANDEEP GOEL and<br>PRADEEP GOEL,<br><br>　　　　　Defendants/Counterclaim-<br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>DAKOTA IMAGING, INC.,<br>ENVOY CORPORATION, and<br>WEB MD CORPORATION,<br><br>　　　　　Counterclaim-<br>　　　　　Defendants | Civil Action No. 1:05-CV-296 (SLR) |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Chad M. Shandler of Richards, Layton & Finger is substituted for Michael Robinson, formerly of Richards, Layton & Finger, as counsel for Plaintiff/Counterclaim Defendant Dakota Imaging LLC (formerly known as Dakota Imaging, Inc.) and Counterclaim Defendants Envoy LLC and Emdeon Corporation (formerly known as WebMD Corporation). Jesse A. Finkelstein continues to represent Plaintiff/Counterclaim Defendants in this matter.

RLF1-3157946-1

*Of Counsel:*
Harry T. Daniels
Richard A. Johnston
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

/s/ *signature*
_____
Jesse A. Finkelstein (#1090)
finkelstein@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, PO Box 551
Wilmington, DE 19899
302-651-7700
Attorneys for Plaintiff/Counterclaim Defendant
Dakota Imaging LLC and Counterclaim
Defendants Envoy LLC and Emdeon
Corporation

Dated: May 30, 2007

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

>Daniel V. Folt, Esquire
>Matt Neiderman, Esquire
>Duane Morris, LLP
>1100 North Market Street
>Suite 1200
>Wilmington, DE 19801

I further certify that on May 30, 2007, I have sent by Federal Express the document(s) to the following non-registered participants:

>Harvey W. Gurland, Jr., Esquire
>Felice K. Schonfeld, Esquire
>Duane Morris, LLP
>200 South Biscayne Boulevard, Suite 3400
>Miami, FL 33131-2397

/s/ Chad M. Shandler
Chad M. Shandler (#3796)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
shandler@rlf.com